**Timothy Paul OLMOS, Plaintiff–Appellant,**

v.

**Charles L. RYAN and Allen Ortega, Defendants–Appellees.**

No. 12–15233.

United States Court of Appeals,
Ninth Circuit.

---

necessary.

Submitted June 26, 2012.*

Filed July 5, 2012.

Timothy Paul Olmos, Florence, AZ, pro se.

Paul Edward Carter, Assistant Attorney General, Office of the Arizona Attorney General, Tucson, AZ, for Defendants–Appellees.

Before: SCHROEDER, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM **

Plaintiff Timothy Paul Olmos appeals pro se the district court's denial of his request for preliminary injunctive relief against defendant prison officials. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *The Lands Council v. McNair*, 537 F.3d 981, 986 (9th Cir.2008); *see Winter v. Natural Resources Defense Council*, 555 U.S. 7, 129 S.Ct. 365, 374, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53 (9th Cir. 1982) (explaining limited scope of review).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

